IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON MORRIS REDDICK,

      Petitioner,                     No. CIV S-07-1148 LEW DAD P

      vs.

T. FELKER, Warden,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed December 17, 2007, are adopted in full;

2. Petitioner's August 28, 2007 motion to hold proceedings in abeyance is granted;

3. Respondent's July 23, 2007 motion to dismiss is denied without prejudice in light of the granting of the requested stay and abeyance;

4. Petitioner is ordered to present all unexhausted claims to the California Supreme Court in a further state habeas corpus petition to be filed within thirty days from the date of this order;

5. This action is stayed and the Clerk of the Court is directed to administratively close the case;

6. Petitioner is ordered to file and serve a status report in this case on the first court day of each month; and

7. Petitioner is ordered to file and serve a motion to lift the stay of this action within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

Date: February 4, 2008

*Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge