IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON MORRIS REDDICK,

    Petitioner,                    No. CIV S-07-1148 JAM DAD P

   vs.

T. FELKER, Warden,

    Respondent.                <u>ORDER</u>

_____/

       On February 5, 2008, this action was stayed, and petitioner was directed to file a motion to lift the stay within thirty days after completion of state habeas proceedings. Petitioner has informed the court that the California Supreme Court denied his state habeas petition on June 25, 2008. Petitioner has also filed a motion to lift the stay of this action.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner shall file a motion for leave to file an amended petition together with a proposed amended petition containing only exhausted claims within thirty days of the date of this order; and

/////

/////

/////

2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus.

DATED: August 12, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
redd1148.ampet