

FILED

NOV 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON MORRIS REDDICK,**<br><br>                                   Petitioner,<br><br>        v.<br><br>T. FELKER, Warden,<br><br>                                   Respondent. | 2:07-cv-1148 LEW DAD P<br><br>**ORDER** |

Respondent has filed a request to lodge petitioner's probation report under seal. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. The Clerk of the Court is directed to file petitioner's probation report lodged by respondent under seal. See Local Rule 39-141.

DATED: November 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/redd1148.seal

1